UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Willie J Howard Jr<br>    Elizabeth Venson-Howard<br>    Debtor(s) | Case No. 11 B 30295 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 07/25/2011.

    2) The plan was confirmed on 09/07/2011.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/18/2012.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/30/2012, 06/27/2012, 01/08/2014.

    5) The case was Converted on 02/04/2014.

    6) Number of months from filing to last payment: 27.

    7) Number of months case was pending: 33.

    8) Total value of assets abandoned by court order: NA .

    9) Total value of assets exempted: NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $19,945.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $19,945.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,724.95 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $860.44 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,585.39

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alliance One | Unsecured | 852.80 | NA | NA | 0.00 | 0.00 |
| Ashworth College | Unsecured | 173.80 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 320.67 | NA | NA | 0.00 | 0.00 |
| Capital Management | Unsecured | 353.64 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 235.00 | 11,230.27 | 11,230.27 | 887.86 | 0.00 |
| Chela Financial Inc | Unsecured | 1,690.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,035.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 280.00 | 9,615.34 | 9,615.34 | 259.57 | 0.00 |
| CMRE Financial Svcs | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Collectech | Unsecured | 138.08 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 4,040.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 5,887.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 6,623.00 | 35,457.77 | 35,457.77 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,141.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 860.96 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | NA | 56.72 | 56.72 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | NA | 11,328.06 | 11,328.06 | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Taxpayer Financial Services | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 180.00 | 244.24 | 244.24 | 19.14 | 0.00 |
| Internal Revenue Service | Priority | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 5,466.68 | 5,466.68 | 432.20 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 471.00 | 471.54 | 471.54 | 37.28 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 649.00 | 432.47 | 432.47 | 34.19 | 0.00 |
| John Stroger Hospital | Unsecured | 151.71 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Funding LLC | Unsecured | 1,438.00 | 1,452.76 | 1,452.76 | 114.86 | 0.00 |
| Nationwide Cassel LLC | Secured | 10,785.22 | 10,785.22 | 10,785.22 | 10,785.22 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 6,288.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 777.66 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 312.91 | 312.91 | 24.53 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 353.64 | 353.64 | 353.64 | 27.96 | 0.00 |
| Resurrection Behavioral Health | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 719.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,690.00 | 4,798.10 | 4,798.10 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,500.00 | 3,851.17 | 3,851.17 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 323.00 | 1,464.86 | 1,464.86 | 115.81 | 0.00 |
| Santander Consumer USA | Secured | 3,427.29 | 3,427.29 | 3,427.29 | 3,427.29 | 57.57 |
| Sprint Nextel | Unsecured | NA | 1,721.91 | 1,721.91 | 136.13 | 0.00 |
| United Collection Bureau Inc | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| Village Radiology, Ltd. | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Village Radiology, Ltd. | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| West Side Emergency Physicians | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| West Side Emergency Physicians | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| West Side Pathology | Unsecured | 35.80 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,212.51 | $14,212.51 | $57.57 |
| **TOTAL SECURED:** | **$14,212.51** | **$14,212.51** | **$57.57** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,258.44** | **$2,089.53** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,585.39 |
| Disbursements to Creditors | $16,359.61 |
| **TOTAL DISBURSEMENTS** : | **$19,945.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/04/2014                By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**